THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXTPLAY TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT KIM, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01480-TSZ<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS** |

Plaintiff NextPlay Technologies, Inc., together with Defendants Grant Kim, Stephen Willey, and Axion Ventures, Inc. ("Axion"), through their respective counsel, respectfully stipulate and move this Court to stay proceedings in the above-captioned case pending resolution of the Application for an Anti-Suit Injunction ("Application"), which was filed in separate litigation in the Supreme Court of British Columba, Canada. In support of this motion, the referenced parties state as follows:

1.  Plaintiff, Kim, Willey, and Axion are all parties that have appeared in this action.

2.  Plaintiff filed the Amended Complaint on June 13, 2022. ECF No. 15.

3.  Defendants Kim and Willey have been served with the Amended Complaint and Defendant Axion waived service of the Amended Complaint. *See* ECF Nos. 19, 20, and 22.

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS – Page 1
(Case No. 2:21-cv-01480-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1111 Pennsylvania Avenue, NW
Washington, DC  20004
+1.202.739.3000

4.      Defendants Kim, Willey, and Axion presently have until November 4, 2022 to respond to the Amended Complaint.  *See* ECF No. 30.

5.      On September 15, 2022, Defendant Willey moved for a stay of proceedings pending resolution of an Application filed in another case in Canada.  *See* ECF No. 26 ("Motion to Stay").

6.      On September 23, 2022, the parties filed a stipulated motion to enlarge certain deadlines pending settlement discussions, including renoting the Motion to Stay for October 28, 2022.  *See* ECF Nos. 30, 31.

7.      On September 26, 2022, the Court granted the referenced parties' stipulated motion for extension.  Any answer or response to the Amended Complaint presently is due on November 4, 2022; the Joint Status Report is due by December 16, 2022; the Federal Rule of Civil Procedure 26(f) Conference deadline is December 2, 2022; and the Initial Disclosure Deadline is December 16, 2022.

8.      The referenced parties have conferred and agree that in the interests of judicial efficiency, these proceedings and all existing deadlines should be stayed until the Supreme Court of British Columba rules on the Application pending there—the subject of Willey's Motion to Stay.  The Application seeks to enjoin this action as allegedly arising from disputes in Canada that are already being litigated in Canada.  If the Application is granted, NextPlay would be enjoined from continuing with this case in favor of litigating in Canada.

9.      Accordingly, the referenced parties have stipulated that all proceedings in this action and all existing deadlines should be stayed pending resolution of the Application in British Columbia.  The referenced parties have further stipulated and jointly ask this Court to enter an order (1) denying as moot the Motion to Stay (ECF No. 26) and (2) staying this case until entry of a decision on the Application, with the following deadlines:

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS – Page 2
(Case No. 2:21-cv-01480-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1111 Pennsylvania Avenue, NW
Washington, DC  20004
+1.202.739.3000

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Notice of Decision on Application filed with Court | N/A | 3 days from decision on Application |
| Kim, Willey, and Axion Ventures Inc.'s response to the Amended Complaint | November 4, 2022 | 14 days from decision on Application, if Application is denied in whole or part |
| FRCP 26(f) Conference | December 2, 2022 | 45 days from decision on Application, if Application is denied in whole or part |
| Initial Disclosure Deadline | December 16, 2022 | 60 days from decision on Application, if Application is denied in whole or part |
| Joint Status Report | December 16, 2022 | 60 days from decision on Application, if Application is denied in whole or part |

10.     This Stipulated Motion is expressly without waiver of all rights, positions, arguments, claims, and defenses of all parties, including without limitation Defendants' arguments and defenses concerning lack of personal jurisdiction and all other arguments and defenses, all of which are fully preserved and entirely unaffected by this Stipulated Motion. Neither this Stipulated Motion nor any related facts shall constitute or support any argument concerning waiver.

RESPECTFULLY SUBMITTED this 24th day of October, 2022

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(T): 206.274.6400
molly.terwilliger@morganlewis.com

Jason R. Scherr
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
(T): 202.739.3000

DORSEY & WHITNEY LLP

By: *s/ Wendy M. Feng (w/permission)*
Shawn Larsen-Bright, WSBA #37066
Wendy M. Feng, WSBA #53590
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(T): 206.903.8800
larsen.bright.shawn@dorsey.com
feng.wendy@dorsey.com

*Attorneys for Defendants Grant Kim, Stephen Willey, and Axion Ventures, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS – Page 3
(Case No. 2:21-cv-01480-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1111 Pennsylvania Avenue, NW
Washington, DC  20004
+1.202.739.3000

1   jr.scherr@morganlewis.com

2   *Attorneys for Plaintiff NextPlay Technology,*
3   *Inc.*

4                           **ORDER**

5       IT IS SO ORDERED.

6       Dated this 25th day of October, 2022.

7

8

9                                           _____

10                                          Thomas S. Zilly
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS – Page 4
(Case No. 2:21-cv-01480-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1111 Pennsylvania Avenue, NW
Washington, DC  20004
+1.202.739.3000