UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEXTPLAY TECHNOLOGIES, INC.,

Plaintiff,

v.

GRANT KIM, et al.,

Defendants.

C21-1480 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     On October 25, 2022, the Court stayed proceedings pending the outcome of the "Application for an Anti-Suit Injunction" pending before the Supreme Court of British Columbia.  See Order at 2 (docket no. 33).  No other documents have since been filed.  Accordingly, the parties are ORDERED to file a joint status report updating the Court as to the status of this case on or before February 6, 2026.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of January, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1